THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE 
 STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 v.
 Aaron W. Pellum, Appellant.
 
 
 

Appeal From Colleton 
 County
  Perry M. Buckner, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-288
 Submitted February 23, 2004 
  Filed May 3, 2004

APPEAL DISMISSED

 
 
 
 
 Deputy Chief Attorney Joseph 
 L. Savitz, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor 
 Randolph  Murdaugh, of Hampton, for Respondent.
 
 
 

PER 
 CURIAM:  Appellant was convicted of murder and first-degree burglary, and 
 he was sentenced.  Pursuant to Anders v. California, 386 U.S. 738 (1967), 
 Appellants counsel attached a petition to be relieved.  Appellant did not file 
 a pro se response.    
After 
 a review of the record as required by Anders v. California, 386 U.S. 
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we hold there are no directly appealable issues that are arguable on their merits.  
 Accordingly, we dismiss this appeal and grant counsels petition to be relieved. [1]     
APPEAL 
 DISMISSED.
GOOLSBY, 
 HOWARD, and KITTREDGE, JJ., concur.   

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.